IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-cv-00677-BO

| | | |
|---|---|---|
| ZHONGXIAO MICHAEL CHEN, PH.D. | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **PLAINTIFF'S NOTICE** |
| *v.* - | ) | **OF RELATED CASE STATUSES** |
| | ) | |
| JERRY BARON, PH.D, et al | ) | **Local Rule 7.1** |
| | ) | |
| . | ) | |

**NOW COMES** Plaintiff Zhongxiao Michael Chen, Ph.D., by and through counsel, and

moves for leave to file *Plaintiff's Notice of Related Case Statuses* ("Notice"). In accordance with

the Section V.E. and F. of the CM/ECF Policies and Procedures Manual, the Notice is lodged as

Attachment 1 to this motion.

The intent of the Notice is to conserve judicial resources and avoid inconsistent rulings.

Plaintiff has related actions pending in Wake County Superior Court (Case No.

25CV004014-910) and before the North Carolina Industrial Commission (I.C. File No.

TA-032910). A motions hearing is set in this matter for April 21, 2026. The Notice briefly

advises the Court of relevant recent procedural developments in those matters, including

Plaintiff's motion for partial summary judgment now pending in Superior Court which may bear

on the April 21 proceedings. Defendant Buhler does not consent to this motion; Defendants

Baron, Carpenter, Wise, and Lommel were contacted and responded that their position is

forthcoming.

Case 5:25-cv-00677-BO-KS    Document 50    Filed 04/16/26    Page 1 of 3

**WHEREFORE**, Plaintiffs respectfully request that the Court grant leave to file

*Plaintiff's Notice of Related Case Statuses*.

Respectfully submitted on this <u>16th day of April 2026</u>,

By: <u>*/s/ Sandra Daussin*</u>
Sandra Daussin
NC Bar No. 56465
AVA Law Group, PC
52 Somerleigh Way
Pittsboro, NC 27312
Telephone (406) 500-3245
Fax (406) 794-0418
Email: *sandra.daussin@avalaw.com*

By: <u>*/s/ Andrew Van Arsdale*</u>
Andrew Van Arsdale
CA Bar No. 323370 *(notice of special appearance* forthcoming)
AVA Law Group, PLLC
3667 Voltaire Street, Ste. 101
San Diego, CA 92106
Telephone (800) 777-4141

By: <u>*/s/ Eric Peterson*</u>
Eric Peterson
MT Bar No. 11587 *(notice of special appearance* forthcoming)
AVA Law Group, Inc.
2718 Montana Ave #220
Billings, MT 59101
Telephone (406) 626-3976
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *MOTION FOR LEAVE TO FILE PLAINTIFF'S NOTICE OF RELATED CASE STATUES* with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

This <u>16th day of April 2026</u>

By: <u>/s/ Sandra Daussin</u>
Sandra Daussin
NC Bar No. 56465
AVA Law Group, PC
52 Somerleigh Way
Pittsboro, NC 27312
Telephone (406) 500-3245
Fax (406) 794-0418
Email: *sandra.daussin@avalaw.com*

*MOTION FOR LEAVE TO FILE*
*PLAINTIFF'S NOTICE OF RELATED CASE STATUSES*          5:25-cv-00677-BO
*Chen v. Baron, et al*          Page 3